# MARASHI LEGAL
## CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

**Via ECF**  
Honorable John G. Koeltl  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 12B  
New York, NY 10007  

February 25, 2021

> The March 3, 2021 conference is canceled.  The parties should advise the Court within 7 days of the conclusion of mediation on the status of the case.
> SO ORDERED
> /s/ John G. Koeltl
> February 26, 2021         John G. Koeltl
> New York, NY                    U.S.D.J.

Re: *Greene v. City of New York et al 1:20-cv-11115-JGK*

Dear Judge Koeltl:

    This is a joint letter of behalf of P. Jenny Marashi, attorney for plaintiff in the above captioned matter, and also Soo-Young Shin, attorney for the defendant The City of New York. The parties write to request an adjournment of the pretrial conference scheduled for March 3, 2021 at 12:30 p.m. Minute Entry Dated 1/28/2021.

    This case is currently designated as a Local Civil Rule 83.10 case (Formerly the Section 1983 Plan, hereinafter "LCR 83.10"). Dkt. No. 3. The parties are ready to proceed under LCR 83.10 and engage in limited discovery and mediation in an attempt at early resolution of the case. Accordingly, defendants and plaintiff believe that the initial conference should be adjourned until after the parties have had an opportunity to fully participate in the proceedings as proscribed by LCR 83.10.

    In light of the foregoing, the parties respectfully request that the initial conference be adjourned until sometime after the parties have participated in limited discovery and mediation under LCR 83.10. Thank you for your consideration.

Respectfully Submitted-

_____/s/_____  
P. Jenny Marashi  
Marashi Legal  
Law Office of Poupa Jenny Marashi  
930 Grand Concourse #1E  
(917) 703-1742  
marashi.legal@gmail.com