UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN GREENE,

        Plaintiff,        20 cv 11115 (JGK)

- against -        ORDER

CITY OF NEW YORK, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) report by June 18, 2021.

SO ORDERED.

Dated:   New York, New York
       June 7, 2021

                                      John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/07/2021